In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-356 CR


NO. 09-02-357 CR


____________________



DEDRIC JAMALL EGLIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 84849 and 84850






MEMORANDUM OPINION (1)


 On December 3, 2002, Dedric Jamall Eglin, filed a motion for leave to amend his
notices of appeal. On January 9, 2003, we ordered the appellant to amend his notices of
appeal by February 10, 2003. On February 11, 2003, the appellant filed a response that
conceded that there is no issue relating to a jurisdictional defect or a pretrial motion, and
that the trial court did not grant permission to appeal. Therefore, the appellant did not
amend his notices of appeal to comply with the requirements of Tex. R. App. P. 25.2(b)(3)
for appeals perfected before January 1, 2003.

 The Court finds that the notices of appeal filed by the appellant did not invoke this
Court's appellate jurisdiction. See White v. State, 61 S.W.3d 424, 428-29 (Tex. Crim.
App. 2001). Accordingly, the appeals are dismissed for lack of jurisdiction.

 APPEALS DISMISSED. 

 

 PER CURIAM


Opinion Delivered April 10, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.